PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Omar Sheriff Moate         **Docket Number:** 10-00065-001
                                                **PACTS Number:** 35033

**Name of Original Sentencing Judicial Officer:** Honorable Edwin M. Kosik (MD/PA)

**Date of Original Sentence:** 03/08/2005

*Transfer of Jurisdiction to D/NJ: 12/23/09*

**Reassigned to Judicial Officer:** Honorable Katharine S. Hayden

**Original Offense:** Conspiracy to Possess with Intent to Distribute Cocaine Base

**Original Sentence:** 80 months imprisonment; 5 years supervised release; $100 special assessment; $3,000 fine. Special conditions: Drug testing and/or treatment; financial disclosure; no new debt; DNA collection.

**Type of Supervision:** Supervised Release         **Date Supervision Commenced:** 11/18/09

**Assistant U.S. Attorney:** Sam Stern, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Thomas P. Sundmaker, Esq., 738 Main Street, Stroudsburg, Pennsylvania 18360, (570) 476-0621

---

## PETITIONING THE COURT

[X]  To issue a warrant as a detainer
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On June 9, 2010, Moate was arrested by narcotics agents with the Attorney General's Office, in Pennsylvania and charged with possession of 200 tablets of Oxycodone with intent to distribute [(780-113(a)(30)]. Moate was arrested at an area pharmacy in Pennsylvania and admitted obtaining fraudulent prescriptions which he intended on selling.

Moate is presently incarcerated at the Monroe County Jail, located in Stroudsburg, Pennsylvania.

PROB 12C - Page 2
Omar Sheriff Moate

2   The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'

Moate traveled to Pennsylvania without permission as evident by his arrest.

I declare under penalty of perjury that the foregoing is true and correct.

By: Anthony J. Nisi
U.S. Probation Officer
Date: 06/10/10

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

6.15.10
Date