UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden, U.S.D.J. |
| v. | : | Crim. No. 10-00065 |
| OMAR MOATE | : | <u>ORDER</u> |

This matter having been opened to the Court by the United States (Paul Fishman, United States Attorney, by David Foster, Assistant U.S. Attorney, appearing), for an Order revoking the previously imposed term of supervised release for defendant Omar Moate, (Office of the Federal Public Defender, Linda D. Foster, AFPD, appearing), and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that supervised release should be revoked:

WHEREFORE, it is on this 15th day of December, 2010,

ORDERED that defendant Omar Moate's original ~~term of~~ five-year term of supervised release, which was began on November 18, 2009, pursuant to a Judgment is hereby revoked;

IT IS FURTHER ORDERED that defendant Omar Moate shall be sentenced to a term of imprisonment of TIME SERVED; and

IT IS FURTHER ORDERED that an additional term of four years supervised release shall be imposed.*

KATHARINE S. HAYDEN
UNITED STATES DISTRICT COURT JUDGE

* It is further ORDERED that a petition for Transfer of Supervision to the Middle District of Pennsylvania be filed forthwith based on defendant's sworn information to the Court on 12/15/10 regarding his residence.